UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRITTANY AMBRIDGE,

                          Plaintiff,

      -against-

DOMINO MEDIA GROUP, INC., ET AL.

                         Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/2017

15-CV-9944 (VSB)

ORDER

VERNON S. BRODERICK, District Judge:

      It is hereby ORDERED that this case is referred for mediation to the Court-annexed Mediation Program for Settlement.  The parties are hereby notified that Local Rule 83.9 shall govern the mediation and are directed to participate in the mediation in good faith.  The mediation will have no effect upon any scheduling Order issued by this Court without leave of this Court.

SO ORDERED.

Dated: March 3, 2017
      New York, New York

Vernon S. Broderick
United States District Judge