UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
BRITTANY AMBRIDGE,

      Plaintiff,

v.

DOMINO MEDIA GROUP, INC. and
CLIFF SIRLIN,

      Defendants.
------------------------------------------------------------------ X

Case No. 15 Civ. 9944 (VSB)

STIPULATON AND
ORDER OF DISMISSAL

  WHEREAS, the parties have agreed to arbitrate the claims, defenses and counterclaims asserted in this action before the American Arbitration Association, with Defendants bearing the arbitration costs, pursuant to an arbitration agreement in a Terms and Conditions Agreement agreed-to by the parties and co-employer TriNet on or about June 9, 2013;

  WHEREAS, the parties have therefore agreed to dismiss this action in favor of arbitration with no party requesting a stay of this action but rather each party requesting an outright dismissal thereof;

  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties hereto, that this action, together with any and all claims and/or counterclaims, is hereby dismissed in favor of arbitration before the American Arbitration Association, with Defendants bearing the costs of the arbitration, but with each party otherwise bearing his, her or its own respective attorneys' fees, costs, and expenses. No party is an infant,

{N0506224; 2}

incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of this action.

Dated: September 1, 2017

| | |
|---|---|
| PEDOWITZ & MEISTER, LLP | SULLIVAN & WORCESTER LLP |
| By: _____ | By: _____ |
| Arnold H. Pedowitz, Esq. | Gerry Silver, Esq. |
| 570 Lexington Avenue, 18th Floor | 1633 Broadway |
| New York, NY 10022 | New York, NY 10019 |
| (T) 212-403-7321 | (T) 212-660-3096 |
| pedowitz@pedowitzmeister.com | (F) 212-660-3001 |
| | gerry.silver@sandw.com |
| Attorneys for Plaintiff | Attorneys for Defendants |

SO ORDERED:

_____
Vernon S. Broderick   9/8/2017
United States District Judge